UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
07-CR-423(JMR/SRN)

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Robert James Deans (1) ) | |
| Jason Robert Zeimes (2) ) | |

Defendants, Robert James Deans and Jason Robert Zeimes, object to the Report and Recommendation, issued February 13, 2008 [Docket No. 66], by the Honorable Susan Richard Nelson, United States Magistrate Judge. The Report recommended granting in part and denying in part defendants' motions to suppress statements and evidence. Defendants' objections to the Report were timely filed, pursuant to Local Rule 72.2. The Court has also considered the government's belated response.

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Deans' Motion to Suppress Statements, Admissions, and Answers is granted [Docket No. 16].

2. Zeimes' Motion to Suppress Statements, Admmissions and Answers is denied as moot [Docket No. 38].

3. Deans' Motion to Suppress Evidence Obtained as a Result of Search and Seizure is denied. [Docket No. 20].

4. Zeimes' Motion to Suppress Evidence Obtained as a Result of Search and Seizure is granted in part and denied in part, as

described in the Report and Recommendation [Docket No. 37].

    5.  Deans' Motion to Dismiss Indictment for Insufficiency is denied [Docket No. 43].

    6.  Zeimes' Motion to Dismiss Indictment for Insufficiency is denied [Docket No. 39].

Dated:  March 28, 2008

                            <u>s/ JAMES M. ROSENBAUM</u>
                            JAMES M. ROSENBAUM
                            United States Chief District Judge